Good morning, Your Honors. May it please the Court. My name is Hugh Burns, Representative of the Commonwealth of PA. I reserve two minutes for rebuttal. Agent Orange is a defoliant created by Dow Chemical for use in the Vietnam War. I think you're about to answer my first question. I'm sorry, Your Honor. Where's the duty here? Is that where you're going? That's where I'm going, Your Honor. Well, why don't you go ahead. That was my question. Okay. Dow was able to remove cases brought by the service members because it was doing a job with the federal government, as the federal government does. The federal government, of course, makes war. Dow was making a weapon for the war under a contract with the federal government, and in fact it was doing something that if it had not done this under contract, the federal government would have had to do that or something similar itself. But suppose Dow decided to spray some Pennsylvania trees with Agent Orange. Suppose Dow decided that Pennsylvania had too many leaves. If Pennsylvania reacted in its own courts, would Dow be able to remove that to federal court? No, it would not. The federal government does not have any role in defoliating state trees. The federal government does not contract for that. The federal government does not do that. The removal statute applies to private persons who lawfully assist a federal officer in the performance of his official duty. The disputed actions must involve an effort to assist or help carry out the duties or tasks of the federal superior. It must be doing a job in the absence of the contract. The government would have to do it itself. Now the disputed action here is the federal defenders representing in state court state criminal defendants against the state in state criminal cases. No one in the federal government has any such function or duty. The federal government does not contract for that. The federal government does not do that. If there were an order signed into effect which said that the community defenders had to do this act, had to represent these defendants in their state exhaustion, would that answer the question of federal duty? You mean an order from a federal court? Yes. Well, I think that would join the question of whether the federal duty was legitimate and then there might be a basis for federal jurisdiction. But that's not the situation we have in this case. Are you saying the federal duty here is not legitimate? Assuming there is a federal duty? You're arguing there's no federal duty. I am arguing there's no federal duty. And you change the scenario if you have something along the lines of an order from a federal court or an act of Congress legitimizing the conduct, saying this is an order from the federal court, saying this is an act of Congress, saying we authorize money from the federal treasury to be used to send lawyers into the state criminal system. If that were this case, it would be a different case. There would be a basis for saying there's federal jurisdiction. My mind is totally boggled by this. If you were to win, what it would mean would be that cash-strapped municipalities and a cash-strapped state that doesn't have enough money to keep its schools open would be forced to pay money for the services now the federal government is paying for. So what you're asking is that you don't want the federal government to pay this money. You want the cash-strapped municipalities to pay this money. That's what the result of this would be if you win. Well, Pennsylvania doesn't want to seem ungrateful for the beneficence, but it's usually the case that the – That would be the result, what I just said, wouldn't it? It would be that we would go back to the way we were doing it before the federal defenders started appearing in state criminal cases. And that is that the state and the municipalities would pay for the services of – Yes, that's the way they appear to do it in the other 49 states, instead of having federal money used to have federal defenders come in and appear in state criminal cases. That hasn't been resolved. It hasn't been resolved, and in fact it's been denied. It's been denied by the federal defenders that they ever use federal treasury money in order to do what they do in state criminal cases, which is just another reason for supposing that there's no basis of jurisdiction. If they were doing a federal government job, why would you not ask the government to pay for it? Why wouldn't the government pay for it? The answer is, of course, the government doesn't pay for it because it's not a federal government job. Is the problem where the money comes from, the funding for the community defenders to provide the service that they're providing, or is it the problem of you don't belong in my backyard? Well, I think there are three possible scenarios, and it's a question of jurisdiction. It's not a question of whether or not we want somebody to be in the backyard. Although the state Supreme Court has decided that the conduct of the federal defenders is not the best, and they do not enjoy what they get. That's totally irrelevant. I'm sorry, I was answering Judge Warnky's question about why. I have to go back and look at the question again, and there may be some seeds in there that would somehow make that a responsibility. My question was, is the problem where the funding for the community defenders is coming from, or is the problem that we don't like you in our backyard? The problem is the apparent use of federal treasury money to pay for lawyers to come into the state criminal justice system and intervene in that criminal justice system. That's the problem. It's not a problem of who has the better lawyers. So if that were not the problem, if funding were not the issue, then you would have no problem with the community defenders representing persons charged with a capital offense in the state court system on post-conviction relief cases? If there were no use of federal funds, yes. I thought you abandoned the 3599 issue, and that's the federal funds issue, isn't it? The 3599 issue is not really an issue, except in the sense that it doesn't provide any authorization for what's being done. But it was an issue before. It certainly does come up, because you have to talk about 3599, because out of the universe of acts of Congress that exist, 3599 might be the closest one to talking about whether or not federal funds can be used for what's being done here. The problem is, well, not really a problem, the thing that shows that there's no federal jurisdiction, is that 3599 talks about paying for representation in federal habeas proceedings. It doesn't talk at all, in any way, about paying federal treasury money for lawyers to go into the state criminal system. There's something in the atmosphere today about not answering questions. The 3599 had been raised, but it's not being raised now. I think it's in your third-step brief, but it's not initially. It wasn't raised before us. It was raised in the district court. Is that right? I do want to answer your question, Your Honor, and if the question is, is 3599 being raised, yes, it is. It's being raised in this sense. 3599 does not authorize federal defenders to take federal dollars and appear in state criminal proceedings. But aren't they, aren't the community defenders pretty much stepping into the shoes of the federal defenders? In other words, aren't they performing a task that the federal defenders would be doing anyway? No, the federal defenders have no role in state criminal proceedings. No federal agent has. No, but you said that was not a problem. The problem is funding and where the money comes from, and if that's the problem, then what would be the problem with community defenders doing what the federal government would otherwise do? Well, presumably when they show up in a state criminal proceeding, they're doing it with the use of federal money. They're not doing it for free. They're doing what they conceive to be their job, and when they're doing their job, they're getting paid for it, and when they're getting paid for it, they're getting paid with federal money. You don't mind their representation of these litigants. What you don't like is that federal money is being used to pay them while they represent state post-conviction relief. Yes, if it could be established that no federal money was being used, and, in fact, that is the claim, then you would be happy. Of course, you're talking about the merits now, not about jurisdiction. He's a case to settle. They just agree to accept money from you, from the state and the localities, and give up their federal funds. That makes everybody happy. You're happy? The federal government would be happy? And when this case is sent back to state court, which is where it should be, that may very well be what happens. The proceeding that was terminated by removal of this matter to federal court was intended to determine, factually, whether or not federal money, money from the federal treasury, was being used to pay for these activities. Let me ask you this question. Does the inclusion of the words relating to the 2011 amendment alter the Supreme Court's jurisprudence of the statute and where we go on this and how we analyze it? Well, that goes to the argument that's being made on behalf of the federal defenders. They say that, not that they're being contracted to go into state court, not that the federal government has delegated authority to them to go to state court, not that the federal government is paying for it. They're saying that when they appear in state court, it relates to the act that they are authorized to do in federal court because they're planning to litigate and exhaust claims that they plan to later raise in federal court when they are doing their federal job. The words for or relating to apply to the state proceeding. In the statute, the words for or relating to mean that the state proceedings have to apply to, relate to the act that's being disputed. Relating to doesn't apply to the word act. Act under color of office has to be an act under color of office, which means it has to be an act that the federal government does, a federal government task. Relating to the federal duties. It has to relate to the federal duties. No, the state proceeding has to relate to an act that is done under federal duty. There is no thing or combination of words in the statute saying what they would like it to say, which is that the act may relate to another act, which itself is done under federal duty. The act itself must be an act under color of office, meaning an act the federal government does. Let me follow up on that. Go ahead. One second. Go ahead. Let me follow up on that. So the legislative history of the 2011 amendment makes clear that the for or relating language was inserted to, quote, broaden the universe of acts that enable federal officers to remove to federal court. So why shouldn't we give deference to the desire of Congress there? Congress has expressed no desire whatsoever for federal money to be used to pay lawyers to go into state proceedings. In fact, under the principle of Gregory versus Ashcroft, if Congress had passed such an act, it would have to say very explicitly that that's what it was doing. But instead, we have a situation where Congress has said absolutely nothing about funding the presence of lawyers in state criminal proceedings. And so, yes, the language is broad, but it's not infinitely broad. Broad language is not without limits. In Watson versus Philip Morris, Philip Morris said it was doing something that was helpful to the government. Well, arguably what they were doing was helpful, but they were not doing a federal task delegated by the federal government. In Mazer versus California, the federal agent was driving a federal mail truck during mail delivery hours and ran somebody over. That's very closely related to what they were doing. They were doing their federal job in their federally marked truck when they ran somebody over. But running somebody over is not a federal task. And so that did not amount to a ground to remove the case to federal court. Let me back up to John's row. Where is the standing here? I've been going around and around with my head in my head, such as it is sometimes. And I can't figure out, if you look at this in the Article III sense of standing, how you have standing to bring this action. Your Honor is saying that Pennsylvania doesn't have standing to question whether agents of the federal government, in effect, are being sent into its criminal justice system with the use of federal treasury money? I think we have standing for that. I'm saying that if, going back to my earlier question, if the outcome of the suit is basically to mean that you are rewarded, you are penalized, because money that's now being spent for a service by the federal government would stop and money from the state would have to be spent for that same service. That doesn't strike me as the same kind of adverse interest that we usually think of in terms of Article III. You're asking to be put in a situation which would make you in a worse off position if you would be put there, and that is financially, than you are now. If the federal government would like to ask if we, the state of Pennsylvania, would like to have extra money for these purposes, I'm sure we'd be agreeable to that. But what's the difference? That's exactly my point. That's exactly my point. Then where's the adversity of interest? Nobody asked. It's just being done. It's violating the state sovereignty. How is this? And you mentioned that in your briefs. You do understand that the U.S. Constitution, in theory, also applies in state court proceedings. Certainly. And you keep mentioning state sovereignty, state sovereignty, state sovereignty, and I'm not sure I see the implication of state sovereignty, especially since they're arguing that they could go in on their own and maybe they're – I'll ask them when they get up here – maybe they are going in as members of the Pennsylvania Bar and representing these people in PCIA proceedings. That is the argument. However, we believe and we have, we think, circumstantial evidence to show that, in fact, money from the federal treasury is being used to fund these activities. How does it offend notions of sovereignty if a person who is charged with a capital offense and has been convicted of a capital offense says, I want you as my lawyer. You happen to work for the community defenders. I want you to represent me. How does that offend notions of sovereignty? If the federal government isn't paying for it, money from the federal treasury, that's just fine. If it's pro bono or if it's being paid for by the defendant. How about if those community defenders have the approval of the administrative office of the courts to do what they're doing, either implicit or explicit, and – All right. Go ahead. I'm sorry. Let's just say the community defenders have the approval of the administrative office of the courts. The U.S. administrative office. U.S. Right. The federal judiciary's office of administration. They know what the community defenders are doing, and the community defenders have the implicit approval of the administrative office. Well, two things. And I'm sorry. I'll add, and funding from that office.  Under Gregory v. Ashcroft, there has to be an act of Congress, not an act of the administrative arm of the federal judiciary. It has to be an explicit act of Congress. Would that not be the criminal justice act? I'm sorry? CJA. The CJA. No, Congress. It would have to be Congress that did it, and it would have to be explicit. He's asking whether the CJA gives you that act of Congress. Wouldn't it fall within the rubric of the CJA? Right. There's nothing in the CJA that authorizes the use of money from the federal treasury to send lawyers into the state criminal justice system. No, but isn't there a provision of monies to represent indigent defendants charged with capital offenses? In federal court, yes. Not in state court. So I want to ask you to assume for a moment that meaningful federal habeas review depends substantially on the actions of petitioners, state post-conviction counsel. If you assume that, why isn't this enough for us to find that the FCDO meets the nexus problem? Because there has to be an act of Congress authorizing them to do it before there can be a nexus. Unless it's a federal job, federal task at issue, there can't be any nexus. There has to be a connection between one thing and another thing, and the other thing doesn't exist. Isn't the nexus provided by the fact that the community defenders are going to end up representing these individuals anyway in the federal system? Well, that's a misplacement of the words relating to. See, the words relating to in the statute mean that the state process has to relate to the act under color of office. The act under color of office must be itself an act under color of office, not an act that relates to a later act under color of office that will occur subsequent to the state proceedings in federal habeas is by definition subsequent to the state criminal proceedings. That's not authorized anywhere by anything in the federal government. Well, let me ask you this. So the Supreme Court in Harbison recognized that federal courts may direct appointed counsel to exhaust their client's claims in state court under certain circumstances. Isn't that probative in determining the FCDO's work in state court may be relevant to their federal duty? You'll notice that that part of Harbison is careful to qualify that that can happen only subsequent to the state criminal proceedings during federal habeas proceedings, which are necessarily subsequent to the state criminal proceedings. Here it's reversed. The federal defenders are showing up in these state criminal proceedings first, and they're doing it for the purpose, they say, of wanting to exhaust claims for a later appearance in federal court, which is authorized. And that's fine. They can do whatever they want in federal court, but what Pennsylvania is concerned with is their appearance in Pennsylvania criminal proceedings in front of Pennsylvania judges in front of Pennsylvania courts. As you're talking, because that was a hope, and I know I live in Neverland sometimes, that the Pennsylvania, the state of Pennsylvania, the Commonwealth of Pennsylvania, and Commonwealth prosecutors would have an interest in ensuring that people charged with capital crimes and all other crimes receive the best representation possible. And that goes back to my standing issue. It's worded differently, but that's why I'm trying to see why, as a legal matter, why you're interested in adverse to them, except that you want the state folks to do it and not the federal folks. That's your answer. Yes. First, Your Honor, I don't necessarily agree that the federal defenders are the best lawyers in town. I think that if you look at the state criminal cases in which they've been representing defendants, I think you'll see the overwhelming majority of those cases they lose. But it's not a question of whether or not they're the best lawyers. It's a question of whether or not federal money is being used to do this. And I think if you want to get the best lawyers, you should do it through illicit means, not illicit ones. So let me take your question. If federal funding were not a problem, then you wouldn't have any problem with the community defenders representing these defendants. Right, but that's exactly what we were not able to nail down because the matter was removed to federal court, and now here we are. In the state proceeding, and there should have been a state proceeding, it may be possible to determine whether or not, in fact, federal money is being used for this purpose. It's been denied. We believe there's at least presently circumstantial evidence that such money is being used, and we were to have an evidentiary hearing in front of a common police judge, but that didn't happen because the case was removed to federal  It should be sent back to the state court. Thank you, Your Honors. Okay. Good morning, Your Honors, and if it pleases the court, my name is Paul Wolfson and I represent the Federal Community Defender Organization in these appeals. The Commonwealth of Pennsylvania He should offer you a bucket of money, Mr. I'm sorry, Your Honor. He should offer you a bucket of money.  I mean, I do want to start by focusing on the point that the Commonwealth has proceeded against the Federal Community Defender Office, not on the ground that the lawyers have violated any state rule of professional conduct, or on the ground that we have violated any state rule whatsoever, but on the alleged ground that we have applied, misapplied federal funds disbursed by a federal agency, pursuant to the terms of a federal contract and a federal statute. That is an allegation that clearly belongs in federal court, and once those allegations go to federal court, as the judges of the Eastern District properly recognize, these are matters that Congress has assigned to the administrative office of the U.S. courts to decide. Where does the removal authority to get it to federal court come from? The authority, yes, the authority removed from the federal court. It belongs in federal court, but where's the removal authority to get it here? That the Commonwealth's action is for or relating to acts that the FCDO takes under color of its office. Now, what is the federal duty? I want to emphasize here the Commonwealth's concerns here have never been about the few hours or minutes that the FCDO lawyers actually stand up and appear in state court. I mean, from the beginning in the motion to disqualify in Mitchell, this has all been about their concern, about all of the research and investigation that FCDO lawyers do to investigate the substance of a federal habeas corpus petition to present in federal habeas corpus proceedings. Now, all of that research and investigation is the work product that belongs to the client, and the client is authorized through whatever lawyer he chooses, be it the FCDO lawyer or another, to use that research and investigation to support his petition in a PCRA court. So I'm going to talk about the moments that we stand up in state court too, but I think it's important to remember what the Commonwealth is concerned about here is all of that work that is done, that is then being used in the state court. That work that is done, that is clearly pursuant to our duty as appointed counsel to present a federal habeas corpus petition pursuant to a federal grant Their gripe is about funding. Now, I understood your preliminary remarks to mean that that issue of funding goes to the merits that we should address at this point. Is that correct? Well, the issue of funding is a federal, raises a federal question. I mean, it seems to me So is that something that's decided on the merits by the district court? Well, all that the district court has to do in order to entertain jurisdiction is to conclude whether it's a colorable federal defense. It doesn't actually have to decide who is right or who is wrong about what is authorized by a federal statute or a federal contract. I mean, if the Commonwealth says, if the Commonwealth, as it has charged in its moving papers, if the Commonwealth says, you have violated a federal statute by what you have done, which it has done, which it did, and it's all of its motions that initiated these proceedings. I mean, they just team with references to federal law. It is appropriate to remove to federal court those cases, even if the defender's defense is, no, we didn't. And even if the defender's defense is, whatever we did was not as a matter of law a violation of federal law. Can we go back to the duty? I'm not understanding this. So your point is there is a federal duty, and the federal duty is that in order to carry out the duty to represent federal clients in federal court, we need to do the state exhaustion. And I'm trying to figure out what is that? No, no, no, Your Honor, that's not my argument. My argument is that to carry out our federal duties, we have to do a research and investigation into the federal claims to be presented in a federal habeas corpus petition. And I want to emphasize that that duty – So how is that done by engaging in the state exhaustion process? I'm not saying that that is done by engaging in the state exhaustion requirement. What I'm saying is that what the Commonwealth has charged against us is for or relating to the actions that we undertake pursuant to those duties. Because in any number of ways, first of all, the Commonwealth has said, for example, in its papers below, even if you use a federally owned computer to compose, to do your research and investigations, if the result of that that comes out of your federally owned computer and your federally owned printer is then used for – you then use for the benefit of your client in state court, that's a violation of 3599. The Commonwealth has said – remember, it's not – the other point is the Commonwealth has not just said, it's because you appear in state court, because you're in your own – our backyard, as Judge Fuente put it. It is because you appear in state court plus because we allege that you have applied to the federal government for funding to do that. And it doesn't matter, for purposes of jurisdiction, it doesn't matter that the answer to that is we haven't done it. For jurisdiction, the answer to that is that is something that the federal court should decide. That's what I asked you before. Is that a matter of the merits for the district court to decide or not? Well, putting aside the point that we think that it's actually for the AO to decide, which goes to our preemption defense, should the court disagree with that, that would be for the district court to decide, subject possibly to the possibility of primary jurisdiction in the AO, which is something that we argued in the district courts, but the lower courts didn't reach. But that's certainly a question that the defendant here, which is what we are, has the right to remove to the district court, to have the district court decide should it proceed to a merit stage. Now, why are we acting under the administrative office of the U.S. court? May I ask you, just so I understand this a little better, supposing we agree with you that removal is appropriate under, I think it's 1299, or the removal statute. The removal statute is 1442. 1442. Correct. Supposing we agree with you that removal is appropriate, what is left for the district court to decide? Well, what is left for the district court, the first matter for the district court. If you were just to address the removal issue. Well, of course, in the Eastern District cases, the district courts there not only concluded that removal was proper, but then proceeded to rule that our preemption defense and our no private right of action defense is also proper. Those, I should point out, are themselves federal defenses, which are sufficient to satisfy the requirement under MESA and Jefferson County v. Acker that there be a federal defense for Article III jurisdiction. I mean, Jefferson County v. Acker was a preemption defense of a different kind. So the first order of business then would be to see whether the state's claim against us was subject to preemption or whether the state had any basis for proceeding against us under a private right of action, as we've seen it. The Eastern District judges all concluded that there was no private right of action and the cases were preempted. In our mind, the no private right of action and the preemption issues are really two sides of the same coin, which is essentially that Congress has made a substantive legislative judgment to assign exclusive responsibility for policing the terms of these grants. And I don't want to interrupt the focus. This is helpful. But the no private right of action, if you were to win on that issue, there's still an underlying issue, it seems to me. It should go away, but I'm not sure it should necessarily go away, of the authority to act under 1441 to remove. It seems to me two different things, but the answer to the one subsumes the answer to the other, but they seem like very different questions. I think when you look at the 1442 removal, Your Honor, which we think is where you have to go first to see if the court has jurisdiction, of course, all you have to look at is whether the private right of action and preemption defenses are colorable. I mean, as the Supreme Court made clear in Acker and elsewhere, we don't have to wean our case on the merits in order to get jurisdiction. All that we have to show is that it's a plausible or a colorable claim of a defense, and we've easily met that. There's also a federal officer element. Yes. I mean, we have to establish that we're acting under and that it's for or relating to, and those, as we've explained in our brief, we view as distinct requirements, but we satisfy those. And that's Acker you're saying? Acker, yes. Okay. Right. So acting under, I hate to shift back and forth from the merits of jurisdiction, but. You mentioned relating to. Let me ask you a question about relating to. So I want to sort of do a comparison to two versions of the statute, the 1916 version and then how gay related to that, and then the 2011, because it seems to me that the 1916 and the 2011 are pretty similar. So gay may be instructive. So here's the question. The language of the statute in 1911 was for or on account of any act done under the color of his office. And the language in 2011 is for or relating to any act under the color of such office. Now, the Supreme Court in gay concluded that the federal officer removal statute applied only when the person defending caused it to appear that his defense was that in doing the act's charge, he was doing no more than his duty under the laws or orders. Right. Now, it would seem that we would, why should we abandon the Supreme Court's longstanding guidance that removal is proper under the statute only when the conduct charge was mandated by a federal judge? I would say a few things. First of all, I think 2011 clearly did broaden the reach of the statute relating to. And I think in Mesa the court looked at for or on account of and said those were essentially the same things, which had been encapsulated in for in the 1948 version, when the revisers looked at the case. And then in relating to, as the legislative history that Your Honor cited, was clearly intended to broaden that further. I don't think we even need to rely on relating to. I think for is enough, although I'm happy to rely on relating to. And the reason why I say for is not. First of all, gay, I believe, was an official immunity defense. So I think you have to look at it in that context, that the only defense that was relied on there was official immunity. But you also have to look at gay in light of the court's substantive guidance. First of all, in Willingham v. Morgan in 1967. And secondly, of course, Jefferson County v. Acker, both of which made clear that the court took a broader approach towards what the nexus was in for. And particularly, I think Acker is particularly instructed here. Because in Acker, what the county said was, Acker involved judges who refused to pay the local county, the federal judges who refused to pay a local county occupation tax on the ground of intergovernmental tax immunity. And what the county said was, well, we're not going against them for being federal judges. We're going against them because they refused to pay. And refusal to pay is no part of the duty of a federal judge. And what the Supreme Court said in Acker was, well, that's not the end of the analysis. What you have to include in the analysis is the fact that they only, you know, you only are interested in them because they are federal judges. And that's why they claim that they refuse to pay. And the way that the court described the nexus was, is that the federal duty or the federal authority or the federal task is among the circumstances that give rise to the state's charge. I think that's clearly the case here. I mean, here it's not just a moment. But the extent you rely upon Acker, is that in tension with the federal duty requirement? No, I don't think so, Your Honor, because as the court also said in Soper, which is at about the same time as Gay, the court said it is not required that the state charge be directed to the specific acts that form the basis of the federal duty. In other words, there does not have to be a direct match. It has to be for, which is, there has to be a causal nexus, or it has to be for now for relating to. All right. But if we look at the duties defined in 3599 in the timing chronology of it, doesn't that create an issue? Because the timing, as Mr. Burns was arguing, this is not a sub, this is not subsequent to, in a sense, the federal duties represent in. We're not arguing that this is subsequent to, Your Honor, under the reading of Harbison versus Bell and under 3599. What we are saying is a fundamental ingredient of the state's theory against us is that we are in violation of 3599 because they theorize we are applying for federal funds for work that we are not supposed to be applying for federal funds to. I want to add to that a couple of other theories that the state has added, which I think add some more sort of crystallizes this point. The state has argued that we are in essence a federal entity and that it is unconstitutional for federally funded lawyers to go into the state courts and thereby intrude on the sovereignty of Pennsylvania, even though the lawyers there are members of the bar and are fully qualified, et cetera. But that argument is connected to funding totally, right? Yes. I don't mind you all coming in. Oh, sure. Oh, sure. Oh, sure. I mean, sure, but I think that is very much our point, which is that argument is related to federal funding. What they're essentially saying is that it's unconstitutional for Congress to fund lawyers in a particular way. That clearly is connected to a federal duty if what they claim is that that is our federal duty. In other words, it's for or related to sort of what they claim to be in essence our federal status. If we don't find that for or related to creates the nexus, if you will, to the state habeas proceedings, there's no other way for you to satisfy the federal duty requirement? Your Honor, I don't think it is limited to. I want to emphasize it's not limited to the moments that we appear in state court. That's never been just what this case has been about. I mean, what the state is concerned about is that we are misusing the research and investigation that we have done pursuant to our proper federal duties and that that material is then being used to support the client's PCRA petition. That information, that research and investigation is clearly pursuant to a federal duty. So what they've said is, and I don't mean to run over my time. I'm just trying to answer your question. I'm going to forgive you, Dr. Dewin. We'll give Mr. Burns some time to answer. Right. I mean, what they have said is if you have violated a federal duty, and my response to that is the Supreme Court case is going back to since the Cleveland Railroad case versus McClung, my response to that is if the defendant's response to that is factually no, I didn't, or if the defendant's response to that is whatever I did was not in fact a violation of federal law because I didn't have a federal duty, those are proper bases for removal. And that's, you know, I think those are both true in this case. Because if the state's theory is that every time a federal dollar touches, and every time a federal dollar touches a state court case, even indirectly through the subsidization that comes from, you know, federal paper being printed out on federal computers and, you know, that then being used in the state PCR case, if that is the state's theory and we are greatly concerned that that is their state's theory, then that is, that's clearly a question of federal law. And also, that is clearly a matter on which the state courts and the AO could reach directly conflicting conclusions. And the Commonwealth has been at pains to emphasize in their papers that the state courts would not be obligated to follow whatever the AO's judgment is about the contours, the proper contours of the federal grant and the application of 3599. So even if the AO were to say, perfectly okay, go ahead and use your, you know, use your federal computers and we have no problem, if then your work product is then used on behalf of the client in the state PCRA case, provided that you don't, you know, done the federal money for when you actually stand up in court. Is the federal money that comes from the AO used for the state proceedings that the community defenders are in, or is it just used for all of the other community defender programs? It represents indigent defendants. Right. I mean, so the AO funding is not just limited to capital habeas representation. There's other funding that has covered our grant. But for the time that we spend in state court, that is not compensable by the AO. But, of course, standing behind those moments would be different. Do you use any federal money for the time that you spend in state courts? No, no. That is written to our other source of funding, such as the Pennsylvania Capital Representation Project, or pro bono contribution of the lawyers who work at the SCDA. Mr. Burns' concern is the federal funding that is being used for your representation. Well, I'm not sure that that is the limit of the state's concern. I mean, when the Supreme Court of Pennsylvania issued its order in Mitchell, it did not say just look at the moments that they stand up in state court. What they say is investigate whether federal funds have been used to support the activities of the FCDO in state court, which is, we view as potentially much broader. I mean, and the problem that we have is we don't know what the scope of that theory is. And the scope of that theory I easily see as conflicting with what the AO's interpretation. And not just is there a problem of a conflict in do they agree about what 3599 and what the federal grants mean, there's also a conflict with respect to the proposed sanctions. Is your point that there is an overlap here that your federal duty requires you to spend a certain amount or all of the time in the state proceedings getting the facts, filling out the, not filling out, getting the facts, doing the investigation that is going to ultimately help you assist, whatever verb you want to use, in what will be required in the federal habeas? I would put it a little bit differently, Your Honor. I would say that the AO has recognized that early appointment of counsel for a federal habeas petitioner is essential. So as soon as essentially cert is denied in this direct criminal appeal, the prisoner ought to be securing federal counsel, particularly since there's now a one-year time limit, right? The federal counsel goes immediately to work up the claims for the federal habeas petition. There's no requirement that they wait until the state has done its job. Otherwise, there would be no time left, right? I mean, so nobody, I mean, and the 11th Circuit just recently spoke about that in the Lugo case, which we've cited in our step four brief, and that's also reflected in some of the AO policies that we've placed in the joint appendix. So there's no requirement that we sit on our hands and wait until the state proceeding is done. We have to start working up these capital cases immediately. So what we are doing is completely related to our federal duty. Now, yes, it does happen that we take the fruits of that research, and the client takes the fruits of that research because that's who it belongs to, and asks us, or it could be another lawyer, but, you know, it is that those fruits of the research are used for his state PCRA proceeding. And if that is what the state is objecting to, and I think it is, then that clearly is, I mean, that clearly is related to, I mean, you don't need any broad construction. And, of course, and I'm sorry for indulging on it. Related to what? Related to our federal obligation, and I'm sorry to, you know, impinge on the Court's time, but, of course, I do want to go back to the point that in Willingham the Supreme Court instructed that the removal statute should be broadly construed, unlike the federal officer removal statute should be broadly construed for the remit of removal, because all of these questions, even if arguable, even if debatable, all of those questions are appropriate for the federal district court to decide on removal, not limited to the state court, whether it be by, whether it appear, as it were, in a complaint, or whether it appear by response in a defense. You mentioned earlier about peeking behind the curtain. Let me pull back the curtain and ask that we focus on the elephant in the room, which everyone is afraid to look at here, and that's apparently Spots. It seems to me everything that we're about here is a result of the bad feeling, the criticism, and everything else, as expressed in the concurring opinion in Spots about the, as characterized, over-litigation of capital habeas representation in state proceedings by federal defense. That's what's driving this. Well, let me, if I may, if I may say a couple of things about that. First of all, we obviously disagree with, you know, all of the contentions that were raised in the Spots concurrence. I don't think this is the appropriate venue in which to raise that. What I would, I would say two things about that. First of all, in their moving papers, the Commonwealth has never charged that we have violated any state bar rule or any state, you know, rule of conduct. I mean, this is not a case where they've sought to have our briefs stricken because it was too long or said that we've engaged in vexatious litigation or any of that. But to go even further behind the curtain, if you will, all of those concerns raised in Spots about sort of over-litigating, all of those concerns don't have to do with the 15 minutes that we stand up in state court. All of those concerns have to do with the extensive work that was done in order to determine whether the client has a legitimate federal claim, which is exactly what we are supposed to do pursuant to our appointment under 3599. So your adversary brought this up, I think, in his opening salvo, which is the slippery slope concern. You know, if given the opportunity, I think he'd say, you know, every federal contractor would try to remove lawsuits based on the argument that they were carrying out their federal duties. So I want to give you a hypothetical and get your reaction to it. So let's say that Samsung was tasked with furnishing the federal courts with brand-new refrigerators. They performed that duty under a federal statute. Assume further that while not required by their federal duty to do so, they view the employment of Korean-Americans as consistent with its mission to provide the finest electronic appliances to the federal government. They now get sued under New Jersey's LADD statute, the Employment Discrimination Statute. Does the fact that Samsung provided the federal government with refrigerators warrant removal of the New Jersey Employment Discrimination Lawsuit under 1442? So I think when you're looking at it, my answer is I believe no. The reason I say that is when you're looking at a government contractor type case, I think it does depend to some extent on what the nature of the government contract is. When you are asking the question, is the person acting under? And so if the situation is where the contract is only one for what I would call staple goods, that is, you know, something that involves no, you know, where the government has no involvement in supervising the way that the contract is executed. So is a better hypothetical Halliburton? Well, I think Halliburton or I think any case in which a defense contractor is tasked with the job of building a warship. Oh, I think that's, I mean, or all the Agent Orange cases and the asbestos cases. I think those are much more likely to be removable. And, in fact, they were, they have been generally held to be removable by the 5th, 2nd, and 7th circuits. And the particular interesting point about those cases is that, you know, in Agent Orange, you know, what the plaintiffs argued was, well, you know, they told you to make 2,4-D. You know, they told you to make dioxin. They told you to make Agent Orange. They didn't tell you, the government didn't tell you to make dioxin. That's a contaminant that the government had no interest in securing. So there's no federal, there's no federal component to the claim here. And the defense that was raised, or the argument that was raised as the basis of removal was, well, you know, perhaps. But, nonetheless, this never, I mean, dioxin never would have been generated as an alleged byproduct of the federal, you know, if we hadn't been under a federal contract with all of the federal obligations to speed up the, speed up Agent Orange. The same is true, you know, and the same is true, I would think, in other government contractor cases. So I do think when you ask sort of, if the government says, oh, I'm just going to go to, you know, to Best Buy and buy 1,000 televisions, you know, I mean, I suppose you could say, or Best Buy, you supply us 1,000 televisions. I mean, you know, I suppose you could think of that as a government contractor. But I think there is a significant difference between that and the case where we are, where we have an annual sustaining grant from the AO, where the AO requires us to follow basically all of the guidelines and procedures that are applicable to federal defender organizations, where the statute itself basically comes close to equating FDOs and CDOs. And finally, where the AO subjects us to a detailed financial audit every year in which they investigate whether, how we have applied our funds and whether any adjustment must be made based on our use of funds. Thank you very much. Thank you. Mr. Burns, we're obviously not going to get too concerned if your red light goes off during your presentation. Well, thank you, Your Honor. Although, I only have roughly two things to say. Do you know how long it takes the average lawyer to say roughly two things? It might even be three things. It's like Mr. Sash's three hours of rebuttal. I'm going to be still hearing it. Well, I thought I heard counsel say the federal defenders appear in state court. They're not doing a federal duty. It's simply related to their federal duty. I think that disposes of the case. But I want to address this idea that we're complaining about some federal dollars that are simply brushing up against the state case. We're complaining about somebody typing something on a federal computer, and the federal defenders are only in the case for 15 minutes. The federal defenders appear in state criminal cases in the PCRA stage. They draft the PCRA petition. Sometimes they assign more than one lawyer to the PCRA litigation. They conduct evidentiary hearings. They pay for and call various expert witnesses. Then they conduct the appeal and write the brief in the Supreme Court of Pennsylvania. So I don't think this is a case in which people from the federal defenders are just sort of incidentally brushed up against the case. Pennsylvania has never made the inane suggestion that money that is being used to investigate federal claims or money that's being used to research federal claims cannot be used in federal court. Pennsylvania is concerned with the appearance of lawyers using money from the United States Treasury to appear in state criminal cases and litigate state criminal cases representing the criminal defendant against the state in state court. There has never been any constitutional authorization for this conduct. The reference was made to – I'm sorry, I didn't apply. That's what makes the whole – the spots approach and this whole thing so – at least in my mind. We haven't conferred about the case. So it's hard for me to get my mind around it because what they're doing is representing, perhaps overzealously or not, but they're representing persons who are entitled to the protection of the federal law even in state court. Yes, and Pennsylvania is certainly interested in making sure that those protections are ensured. That goes back to my standing issue. So illicit means not illicit. You should be interested in it because you're interested in it. And what's illicit? Illicit means is that they are saving you money by doing what they're doing. If they're doing that. By using money from the federal treasury, yes. They may be saving us money. That's certainly possible. But I don't think that controls the question of jurisdiction. I think what controls the question of jurisdiction is did Congress authorize the use of money from the federal treasury to do this? We are certainly capable in Pennsylvania of appointing lawyers, and we used to do that before the federal defendants began appearing in state criminal cases, for the representation of criminal defendants in state courts. The federal government has not asked Pennsylvania if it wants additional money for that purpose. And if it offered, who knows? Maybe we'd accept. What about the argument that was just made that, you know, because of that, you have a year. You've got to get everything done in that year. And so it's all hands on deck. Why doesn't that make the argument about the federal duty more apparent? Because it's an argument that their appearance in state criminal proceedings is related to their federal duty, not an argument that appearing in state criminal proceedings is their federal duty. I can certainly understand the argument that a particular lawyer might find it easier, it might be smoother to conduct the state criminal proceeding, and then later the federal criminal proceeding, the federal habeas proceeding. But the only authority for spending federal money that exists is confined to the federal habeas proceeding. The federal money can be used only for the federal habeas proceeding. It cannot be used for litigating an entire state habeas process in the state criminal courts. So would you agree that if we view the work that the FCDO does in state court as related to, because of that time imperative of AEDPA, that that would be a sufficient basis for jurisdiction? No, not at all. It would only be related to. Yeah, you're saying exactly the opposite. Yes. I'm saying that it's not enough to say that whatever it is I'm doing has to do with, relates to the task I eventually will be doing, which is a federal government task. It has to actually be the federal government task in order for there to be federal jurisdiction under the removal statute. Thank you, Your Honors. You said that was one. I can't believe I'm doing this, but you said that was one point. You said you had two, and then you went to three, but forget the three. I'd be glad to have a couple more. A reference is made to a federal defense. No, I only did that because we let Mr. Wilson go so long, and I want to make sure that we don't rush out because your red light popped up. Okay, I'll say a couple more things. Only if you want to, and only if it's relevant. If it's relevant. It is, I think. A reference is made to the concept of a federal defense. Under the removal statute, a federal defense must be the federal duty. It's not enough to say I have a defense that has the word federal in it. That really goes to the answer you just gave him. And as a matter of fact, a reference is made to the private right of action doctrine, which I find to be very ironic because under the private right of action doctrine, that's a limitation on the jurisdiction of the federal court. If a federal court dismisses under the private right of action doctrine, it does so because it has concluded that Congress did not authorize the federal court to exercise jurisdiction over that issue. So it's strange that that's being raised as a basis for federal jurisdiction. The other so-called federal defense is preemption. Well, the question is, preempted by what? There is no act of Congress on this topic. Not one word. So it's strange to think about how Congress must have preempted something when it didn't speak about this situation. Those are my two things. Thank you. Thank you.